WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Toyota Motor Credit Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID OLESCZUK,<br><br>        Plaintiff,<br><br>   vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Defendant. | Case No.:  2:20-cv-01526-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

        Plaintiff, David Olesczuk, and Defendant, Toyota Motor Credit Corporation ("TMCC") (collectively, the "Parties"), by and through counsel, hereby stipulate and agree for a thirty (30) day extension of time for Toyota to respond to Plaintiff's Complaint, and shows the Court as follows:

        1.        This is TMCC's first stipulation for extension of time to respond to Plaintiff's Complaint.

        2.        On or about August 18, 2020 the Plaintiff filed the instant lawsuit against TMCC. [ECF No. 1].

        3.        TMCC was served on August 19, 2020, thereby making TMCC's response due by September 9, 2020.

        4.        The undersigned was just retained and needs additional time to investigate the claims against TMCC.

        5.        Based on the above, TMCC hereby requests a brief extension of time until October 9, 2020 to respond to the Complaint.

6.     This extension is not sought for purposes of delay and will not prejudice the Plaintiff.

7.     Plaintiff, through counsel, agrees to the extension through and including Friday, October 9, 2020.

Stipulated and Agreed:  September 9, 2020

WRIGHT, FINLAY & ZAK, LLP                    KRIEGER LAW GROUP, LLC

/s/ Ramir M. Hernandez                              /s/ Shawn Miller
Darren T. Brenner, Esq.                             David Krieger, Esq.
Nevada Bar No. 8386                                 Nevada Bar No. 9411
Ramir M. Hernandez, Esq.                            Shawn Miller, Esq.
Nevada Bar No. 13146                                Nevada Bar No. 7825
7785 W. Sahara Ave., Suite 200                      2850 W. Horizon Ridge Parkway, Suite 200
Las Vegas, NV 89117                                 Henderson, Nevada 89052
*Attorneys for Defendant, Toyota Motor Credit*      *Attorneys for Plaintiff, David Olesczuk*
*Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     September 9, 2020